United States District Court
District of Connecticut
FILED AT HARTFORD

5/5 20 10

Roberta D. Tabora, Clerk

By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:10CR 97 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DAVID M. BESAW | : | VIOLATION: |
| | : | 18 U.S.C. §2252A(a)(5)(B) |
| | : | (Possession of Child Pornography) |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about March 17, 2008, in the District of Connecticut, **DAVID M. BESAW**, the defendant herein, did knowingly possess material containing images of child pornography as that term is defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to: !!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny - mafiasex ru children kids hard 000 128 mvc-475s.jpg; lsm-pthc-lsv-ufo-007.jpg; and 2-new!pedo 9yo tori 01 lsm kdquality childlover pthc kidzilla 56.jpg, each containing visual depictions of a minor engaged in sexually explicit conduct, which had each been mailed, shipped or transported in interstate or foreign commerce by any means, including by computer, and were produced with materials that had been mailed, shipped or transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

UNITED STATES OF AMERICA

_____
NORA R. DANNEHY
UNITED STATES ATTORNEY

_____
MICHAEL J. GUSTAFSON
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

_____
DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY